**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OONA O. SPERR,<br>Plaintiff,<br>v.<br><br>SID R. BASS and ALTHEA IRENE VIAFORA KRESS,<br>Defendants. | Case No. 1:26-cv-07440-RA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant Sid R. Bass in the above-captioned action:

Jamie L. Wine
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jamie.wine@lw.com

Dated: September 8, 2026
New York, New York

Respectfully Submitted,

**LATHAM & WATKINS LLP**

/s/ Jamie L. Wine
Jamie L. Wine
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: jamie.wine@lw.com

*Attorneys for Sid R. Bass*