**Jamie Wine**
Direct Dial: (212) 906-2904
jamie.wine@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin
Beijing
Boston
Brussels
Chicago
Dubai
Düsseldorf
Frankfurt
Hamburg
Hong Kong
Houston
London
Los Angeles
Madrid
Milan
Munich
New York
Orange County
Paris
Riyadh
San Diego
San Francisco
Seoul
Silicon Valley
Singapore
Tel Aviv
Tokyo
Washington, D.C.

September 17, 2026

**VIA ECF**

The Honorable Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: *Sperr v. Bass et al.*, No. 1:26-cv-07440-RA
Request for Extension of Time to Answer or Respond to Plaintiff's Complaint

Dear Judge Abrams,

We represent Defendant Sid R. Bass in the above-captioned action, and write to request a two-week extension of time to answer or otherwise respond to Plaintiff's complaint. Mr. Bass's current deadline to answer or respond to the complaint is September 24, 2026; the requested extension would move this deadline to October 8, 2026.

This is Mr. Bass's first request for an extension of time to answer or otherwise respond to the complaint. Counsel for Plaintiff has consented to the requested extension, and granting the requested extension will not impact any other deadlines in this action.

Accordingly, Mr. Bass respectfully requests that the Court grant an extension of his deadline to answer or respond to the complaint to October 8, 2026. Mr. Bass appreciates the Court's consideration of this request.

Respectfully submitted,

*/s/ Jamie Wine*

Jamie L. Wine
of LATHAM & WATKINS LLP

cc: All counsel of record (via ECF)