PAUL
HASTINGS

1-212-318-6920
aviweitzman@paulhastings.com

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
September 25, 2026

September 18, 2026

**VIA ECF**

The Honorable Ronnie Abrams
Thurgood Marhsall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: *Sperr v. Bass et al.*, No. 1:26-cv-07440-RA
Request for Extension of Time to Answer or Respond to Plaintiff's Complaint

Dear Judge Abrams:

I represent Defendant Althea Viafora Bass[1] in the above-captioned action, and write to respectfully request a two-week extension of time to answer or otherwise respond to Plaintiff's complaint. Because Mrs. Bass's current deadline to respond to the complaint is September 24, 2026, the requested extension would move this deadline to October 8, 2026.

This is Mrs. Bass's first request for an extension of time to answer or otherwise respond to the complaint.

Counsel for Plaintiff has consented to the requested extension, and granting the requested extension will not impact other deadlines in this action.

Accordingly, Mrs. Bass respectfully requests that the Court grant an extension of time to permit Mrs. Bass to answer or otherwise respond to the complaint on October 8, 2026. Mrs. Bass appreciates the Court's consideration of this request.

Sincerely,

Avi Weitzman
PAUL HASTINGS LLP

[1] The Complaint labels Defendant Althea Viafora Bass by her previous last name, Kress.