**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OONA O. SPERR,<br><br>Plaintiff,<br><br>v.<br><br>SID R. BASS and ALTHEA IRENE VIAFORA BASS,<br><br>Defendants. | Civil Action No. 1:26-CV-07440<br><br>**DEFENDANT ALTHEA IRENE VIAFORA BASS'S MOTION TO AMEND CASE CAPTION** |

Defendant Althea Irene Viafora Bass hereby moves to change the case caption to reflect her legal, married name. Defendant requests that the case caption be updated to read "Sid. R. Bass and Althea Irene Viafora Bass, Defendants."

The Complaint currently identifies Defendant by her former name of "Althea Irene Viafora Kress" in an apparent attempt to cast aspersions upon her marriage with Co-Defendant Sid Bass. *See, e.g.*, Complaint ¶ 2 (characterizing Defendant as a woman who "purports to be Sid's wife."). This is both improper and harmful to Defendant, who is legally married to and shares a life with Co-Defendant Sid Bass. As discussed below, the Court should exercise its inherent authority to change the case caption to reflect Defendant's legal last name.

Courts regularly exercise discretion to change case captions to reflect parties' correct names. *See Browning Debenture Holders' Comm. v. DASA Corp.*, 81 F.R.D. 407, 413 (S.D.N.Y. 1978) (construing a motion to change a case caption as being "addressed to the discretion of the court."); *United States v. Edwards*, 241 F.R.D. 146, 149 (E.D.N.Y. 2007) (noting that a caption change was an "exercise of [the court's] discretion[.]"). "Indeed, the United States Court of Appeals for the Second Circuit often makes similar corrections *sua sponte*, and without citation to any specific Rule or other authority." *Edwards*, 241 F.R.D. at 148 (collecting cases).

The Court similarly should exercise its discretion to correct the case caption here, where exhibits attached to this motion demonstrate that Defendant's last name is "Bass," not "Kress." These include her marriage license (which certifies that she was married to Co-Defendant Sid Bass in Aransas County, Texas on August 9, 2025) and her Texas driver license (which lists her name as "Althea I. Viafora Bass"). *See* Exs. A, B. As Plaintiff is aware, *see* Complaint ¶ 189, Defendant has gone by "Bass" since her marriage. "Bass" is not only Althea's legal last name but also the name she uses publicly, including in connection with her professional work in art advising, teaching, and advocacy.

Defendant therefore respectfully requests that the Court exercise its discretion to change the case caption to reflect Althea's legal last name as "Bass."

Respectfully submitted,

Dated: October 6, 2026

**PAUL HASTINGS LLP**

/s/ *Avi Weitzman*
Avi Weitzman
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6920
aviweitzman@paulhastings.com

*Attorney for Defendant Althea Irene Viafora Bass*