**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OONA O. SPERR,<br><br>Plaintiff,<br><br>v.<br><br>SID R. BASS and ALTHEA IRENE VIAFORA BASS,<br><br>Defendants. | Civil Action No. 1:26-CV-07440 |

**DECLARATION OF AVI WEITZMAN IN SUPPORT OF DEFENDANT ALTHEA IRENE VIAFORA BASS'S MOTION TO AMEND CASE CAPTION**

I, AVI WEITZMAN, hereby declare pursuant to 28 U.S.C. § 1746 and Local Rule 7.1 as follows:

1. I am a partner at the law firm Paul Hastings LLP. My office is located at 200 Park Ave, New York, New York 10166.

2. I am admitted to practice before the United States District Court for the Southern District of New York. My firm represents Defendant Althea Irene Viafora Bass in this action. I am fully familiar with all the facts and circumstances described herein.

3. I submit this Declaration in support of Defendant Althea Irene Viafora Bass's Motion to Amend Case Caption.

4. Attached as **Exhibit A** is a true and accurate copy of Defendant's marriage license, filed by the county clerk of Aransas County, Texas on August 12, 2025.

5. Attached as **Exhibit B** are true and accurate images of Defendant's driver license, with personal information redacted, issued by the State of Texas on February 12, 2026.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 6th day of October, 2026.

*/s/ Avi Weitzman*
Avi Weitzman