# Exhibit A

# MARRIAGE LICENSE

THE STATE OF TEXAS
COUNTY OF ARANSAS

*To Any Person Duly Authorized by the Laws of the State of Texas to Conduct a Marriage Ceremony,*

## GREETINGS:

You are Hereby Authorized to Solemnize the
Rites of Matrimony between

***SID RICHARDSON BASS*** and ***ALTHEA I VIAFORA-KRESS***

and make due return to the County Clerk of Aransas County within thirty (30) days thereafter, certifying your action under this license.

*Witness my official signature and seal of office in Rockport, Texas, this certificate was issued on this the* ***4th*** *day of* ***August***, ***2025***, *at* ***11:04 AM***.

*Misty Kimbrough, Aransas County Clerk*

*by* Nita Solis, *Deputy*

Nita Solis

** OFFICIANT'S RETURN **

I hereby certify that on the 9th day of August, 2025, at 12:00PM I united in marriage the parties named above in Aransas County, Texas (County of Marriage).

*Witness my hand this* 9th *day of* August, 2025.

Brason Wade Ruddock
signature of officiant

Brason Wade Ruddock
printed name of officiant

minister
title of officiant

P.O. Box 848 Rockport TX 78381
address of officiant

Date of Birth of Applicant One: 04/09/1942

Date of Birth of Applicant Two: 02/19/1958

Name of Proxy (if any): ______

Post-Return File Stamp:

Instrument Number:

17202

Marriage Records of Aransas County

FILED FOR RECORD
AT 3:38 P. M.

AUG 1 2 2025

MISTY KIMBROUGH
COUNTY CLERK, ARANSAS CO., TEXAS

72-HOUR WAITING PERIOD: EXCEPT AS PROVIDED BY STATUTE, THIS MARRIAGE LICENSE IS NOT VALID FOR SEVENTY-TWO (72) HOURS FROM THE TIME OF ISSUANCE (SECTION 2.204 TEXAS FAMILY CODE) AND HAS BEEN ACCOMPANIED BY TEXAS DEPARTMENT OF HEALTH MATERIAL (AS DEFINED BY SEC 2.009(c)(4) TEXAS FAMILY CODE) AND INFORMATION ABOUT THE AVAILABILITY OF PREMARITAL EDUCATION (SEC 2.009(c)(5) & 2.014) TEXAS FAMILY CODE).

EXPIRATION OF LICENSE: IF A MARRIAGE CEREMONY HAS NOT BEEN CONDUCTED BEFORE THE 90TH DAY AFTER THE LICENSE IS ISSUED, THE MARRIAGE LICENSE EXPIRES (SEC 2.201 TEXAS FAMILY CODE).

AUTHORIZED OFFICIANTS: PER SEC 2.202 & 2.206 TEXAS FAMILY CODE, THE FOLLOWING PERSONS ARE AUTHORIZED TO CONDUCT A MARRIAGE CEREMONY:

- A LICENSED OR ORDAINED CHRISTIAN MINISTER OR PRIEST,
- A JEWISH RABBI,
- A PERSON WHO IS AN OFFICER OF A RELIGIOUS ORGANIZATION AND WHO IS AUTHORIZED BY THE ORGANIZATION TO CONDUCT A MARRIAGE CEREMONY,
- A CURRENT, FORMER. OR RETIRED "FEDERAL JUDGE" OR "STATE JUDGE" (THESE TERMS ARE DEFINED BY SEC 25.025 TAX CODE

PER FAMILY CODE SEC 2.010 & HOUSE BILL 984, THE FOLLOWING INFORMATION MUST BE PROVIDED TO ALL MARRIAGE APPLICANTS:

- HIV/AIDS INFORMATION AS REQUIRED BY TFC §2.010 CAN BE FOUND ONLINE AT: HTTP://WWW.DSHS.STATE.TX.US/HIVSTD/INFO/EDMAT.SHTM.
- PREMARITAL EDUCATION HANDBOOKS AS REQUIRED BY TFC SEC: 2.009 (C) (1) & §2.014 CAN BE FOUND AT: HTTPS://WWW.OAG.STATE.TX.US/CS/INDEX.SHTML
- MAY OBTAIN A PAPER COPY OF THE HANDBOOK AT THE FOLLOWING ADDRESS: MATERIALS REQUEST/REPROGRAPHICS
  OFFICE OF THE ATTORNEY
  GENERAL P. O. BOX 12548
  AUSTIN, TEXAS 78711-2548
  PHONE: 512-936-1737
  FAX: 512-469-3157

AFTER FILING, RETURN LICENSE TO: *SID R BASS*

*201 MAIN STREET*

*FORT WORTH TEXAS 76102*