# Exhibit B


TEXAS
USA
DRIVER LICENSE
Class C
DOB 02/19/1958
[redacted]
1 VIAFORA BASS
2 ALTHEA I
8 [redacted]
FORT WORTH, TX 76107
4a Iss 02/12/2026
4b Exp 02/19/2034
15 Sex F
16 Hgt 5'-03"
18 Eyes HAZ
9a End NONE
12 Rest NONE
[redacted]
Colonel



[redacted]

21
2604553332028
0101

[redacted]

DOB: 02/19/[redacted]

**CLASS:** C-Single or comb veh w/ GVWR ≤ 26,000 lbs which transports placarded HAZMAT or ≥ 16 pass, including driver

**END:** None

**REST:** None

1845

**TEXAS ROADSIDE ASSISTANCE:** 1-800-525-5555

Directive to physician has been filed at Tel #

Emergency Contact #

Allergic reaction to drugs: