Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 8, 2026

**BY CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:* *Sperr v. Bass, et al.*, No. 26 Civ. 7440 (S.D.N.Y.) (RA)

Dear Judge Abrams:

We write regarding Defendant Althea Viafora Bass's motion to amend the case caption (ECF No. 20), which the Court granted yesterday, October 7, 2026 (ECF No. 21). Plaintiff does not object to the amended caption. Had Mrs. Viafora Bass's counsel asked us before filing their motion to change the caption, we would have consented, thereby avoiding the need for unnecessary motion practice.

While we remain gravely concerned that Mr. Bass has been experiencing a very significant cognitive decline and that Mrs. Viafora Bass has taken advantage of his condition by improperly exercising undue influence and control over him, s*ee, e.g.*, Compl. ¶¶ 41-44, 189-96, that is ultimately a question for the fact-finder.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via CM/ECF)