**Jamie Wine**
Direct Dial: 212.906.1200
jamie.wine@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

October 8, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Oona O. Sperr v. Sid R. Bass & Althea Irene Viafora Bass*, Case No. 1:26-cv-07440-RA, Response to ECF No. 22

Dear Judge Abrams:

Plaintiff's letter to the Court at ECF No. 22 is wholly unnecessary given the motion to amend the case caption has already been granted, and the statements therein about Mr. Bass are inappropriate and factually incorrect. We respectfully request that the Court disregard these and similar statements. We will address the merits of Plaintiff's allegations in our forthcoming motion to dismiss, which will be filed today.

Respectfully submitted,

*/s/ Jamie Wine*
Jamie Wine
LATHAM & WATKINS LLP

*Attorney for Defendant Sid. R. Bass*

cc: All Counsel of Record (via ECF)