**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OONA N. SPERR,<br><br>*Plaintiff*,<br><br>v.<br><br>SID R. BASS and ALTHEA IRENE VIAFORA BASS,<br><br>*Defendants*. | Case No. 1:26-cv-07440-RA<br><br>**NOTICE OF MOTION**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the annexed Declaration of Sarah Burack, dated October 8, 2026, and the accompanying Memorandum of Law, the undersigned hereby moves this Court on behalf of Defendant Sid R. Bass, before the Honorable Ronnie Abrams of the United States District Court for the Southern District of New York, Thurgood Marshall Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, for an order dismissing the Complaint with prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

Dated: October 8, 2026

Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Jamie L. Wine*
Jamie L. Wine
Sarah Burack
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: jamie.wine@lw.com
sarah.burack@lw.com

*Attorneys for Defendant Sid R. Bass*