**Jamie Wine**
Direct Dial: 212.906.1200
jamie.wine@lw.com

1271 Avenue of the Americas
New York, New York 10020-1401
Tel: +1.212.906.1200 Fax: +1.212.751.4864
www.lw.com

LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES
Austin, Beijing, Boston, Brussels, Chicago, Dubai, Düsseldorf, Frankfurt, Hamburg, Hong Kong, Houston, London, Los Angeles, Madrid, Milan, Munich, New York, Orange County, Paris, Riyadh, San Diego, San Francisco, Seoul, Silicon Valley, Singapore, Tel Aviv, Tokyo, Washington, D.C.

October 8, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Re: *Oona O. Sperr v. Sid R. Bass & Althea Irene Viafora Bass*
No. 1:26-cv-07440

Dear Judge Abrams:

On behalf of Defendant Sid R. Bass, we write pursuant to Section 4(G) of Your Honor's Individual Rules and Practices in Civil Cases to request that the Court schedule oral argument on Defendant Bass's motion to dismiss. ECF No. 24. We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Jamie L. Wine*
Jamie L. Wine
Latham & Watkins LLP

cc: All Counsel of Record (via ECF)