**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

OONA O. SPERR,

Plaintiff,

v.

SID R. BASS and ALTHEA IRENE VIAFORA BASS,

Defendants.

Civil Action No. 1:26-CV-07440

**NOTICE OF MOTION TO DISMISS THE COMPLAINT AS AGAINST DEFENDANT ALTHEA IRENE VIAFORA BASS**

**ORAL ARGUMENT REQUESTED**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated October 8, 2026, and all prior pleadings and proceedings in this action, Defendant Althea Irene Viafora Bass, through her undersigned counsel, will move this Court before the Honorable Ronnie Abrams, United States District Judge for an order dismissing Plaintiff's complaint under Federal Rule of Civil Procedure 12(b)(6). The motion will be heard at the United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on a date and at a time the Court sets. Defendant seeks an Order:

1. Dismissing with prejudice all claims asserted against Defendant Viafora Kress in Plaintiff's Complaint (ECF No. 1), including Count V (Constructive Trust) and Count VI (Tortious Interference with Contract), for failure to state a claim upon which relief can be granted; and
2. Granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Dated: October 8, 2026

**PAUL HASTINGS LLP**

By: <u>*/s/ Avi Weitzman*</u>
Avi Weitzman
Elise Eckert
PAUL HASTINGS LLP
200 Park Avenue
New York, New York10166
(212) 318-6920
aviweitzman@paulhastings.com
eliseeckert@paulhastings.com

Joseph Schroeder (*pro hac vice forthcoming*)
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(205) 551-1979
josephschroeder@paulhastings.com

*Attorneys for Defendant Althea Irene Viafora Bass*