PAUL
HASTINGS

1-212-318-6920
aviweitzman@paulhastings.com

October 8, 2026

**VIA ECF**

The Honorable Ronnie Abrams
Thurgood Marhsall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: *Sperr v. Bass et al.*, No. 1:26-cv-07440-RA
Request for Oral Argument on Motion to Dismiss

Dear Judge Abrams:

We represent Defendant Althea Viafora Bass in the above-referenced action. Under Rule 4(G) of Your Honor's Individual Rules and Practices in Civil Cases, we write to respectfully request oral argument on Mrs. Bass's Motion to Dismiss the Complaint, which is being filed at the same time as this letter.

We thank the Court for its consideration of this request.

Sincerely,

*/s/ Avi Weitzman*

PAUL HASTINGS LLP