Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 22, 2026

**BY CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:* *Sperr v. Sid Bass, et al.*, No. 26 Civ. 7440 (S.D.N.Y.)

Dear Judge Abrams:

We write on behalf of Plaintiff Oona O. Sperr to update the Court that, following the filing of Plaintiff's letter this morning (ECF 31), Mr. Weitzman, counsel for Defendant Althea Viafora Bass, subsequently responded to consent to the briefing schedule proposed in that letter. The proposed schedule therefore now has the consent of all parties. We thank the Court for its consideration.

Respectfully submitted,

Roberta A. Kaplan

cc: Counsel of Record (via CM/ECF)