Kaplan Martin

1133 Avenue of the Americas
Suite 1500
New York, New York 10036

(212) 316-9500
rkaplan@kaplanmartin.com

October 22, 2026

**BY CM/ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

*Re:* *Sperr v. Sid Bass, et al.*, No. 26 Civ. 7440 (S.D.N.Y.)

Dear Judge Abrams:

We write on behalf of Plaintiff Oona O. Sperr, pursuant to Rules 1(D) and 4(C) of Your Honor's Individual Rules & Practices in Civil Cases, to (1) request an adjournment of the October 30 initial pretrial conference and related submissions; and (2) notify the Court that Plaintiff intends to amend in response to Defendants' pending motions to dismiss and to propose a schedule for the amended complaint and any renewed motions. All parties consent to the conference adjournment, and Plaintiff and Mr. Bass agree to the proposed schedule for filing and briefing Plaintiff's amended complaint. The relevant correspondence is attached as Exhibit A.

***1. Conference Adjournment:*** Plaintiff requests an adjournment of the October 30, 2026 conference (ECF 10) because her counsel has previously scheduled medical procedures that cannot be rescheduled without substantial delay. All parties consent, and counsel are available on the following alternative dates:

- Thursday, November 5, 2026 (in the morning)
- Monday, November 9, 2026
- Friday, November 20, 2026

Should none of these dates be convenient for the Court, counsel will of course confer and propose additional dates.

Plaintiff also requests that the October 23 deadline for the joint pre-conference letter and proposed case management plan and scheduling order be moved to one week before the rescheduled conference. This is the first request to adjourn the conference or extend that deadline.

***2. Notice of Intention to Amend and Proposed Schedule:*** Pursuant to Rule 4(C), Plaintiff notifies the Court that she intends to amend in response to Defendants' October 8, 2026 motions

to dismiss. ECF Nos. 24-30. Under Rule 15(a)(1)(B), Plaintiff may amend as a matter of course through October 29. She requests a five-day extension, until November 3, 2026, under Rule 6(b)(1)(A). Counsel for Mr. Bass consents. Under Rule 4(C), filing the amended complaint will render the pending motions moot, without prejudice to any renewed motions directed to the amended pleading.

Counsel for Mr. Bass proposed the following schedule on October 19 in response to Plaintiff's original proposal, and Plaintiff agreed on October 20. Ex. A. Although counsel for Mrs. Bass consented to the adjournment of the conference with the Court, Mr. Weitzman did not respond to emails dated October 15, 20, and 21 seeking his position with respect to the briefing schedule set forth below. *Id.* Accordingly, Plaintiff respectfully requests that the Court adopt our proposed briefing schedule given Mrs. Bass's counsel's failure, after repeated requests, to respond by either objecting or proposing an alternative.

The proposed schedule is:

| Filing | Proposed Deadline |
|---|---|
| Plaintiff's First Amended Complaint | November 3, 2026 |
| Defendants' Renewed Motions to Dismiss | November 20, 2026 |
| Plaintiff's Opposition | December 11, 2026 |
| Defendants' Replies | December 21, 2026 |

The proposed dates accommodate the Thanksgiving and December holidays while completing briefing before year-end. This is the first request to extend the amendment and motion deadlines. We thank the Court for its consideration of these requests.

Respectfully submitted,

cc: Counsel of Record (via CM/ECF)

Roberta A. Kaplan

The initial status conference scheduled for October 30, 2026, is adjourned until November 5, 2026, at 2:00 p.m. The parties shall submit their joint letter, proposed case management plan, and proposed scheduling order to the Court by October 29, 2026. Plaintiff shall also file her First Amended Complaint by November 3, 2026. The parties shall discuss all remaining dates in the proposed schedule at the initial status conference.

SO ORDERED.

Hon. Ronnie Abrams
October 22, 2026