UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

OONA O. SPERR,

Plaintiff,

-v-

SID R. BASS and ALTHEA IRENE VIAFORA BASS,

Defendants.

---------------------------------------------------------- X

No. 26 Civ. 7440 (RA)

[PROPOSED] CASE MANAGEMENT PLAN AND SCHEDULING ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [*If all parties consent, the remainder of the Order need not be completed at this time*.]

2. The parties have engaged in settlement discussions.

3. This case is to be tried to a jury.

4. No additional parties may be joined without leave of the Court.

5. Except for the First Amended Complaint, which Plaintiff shall file by November 3, 2026 (ECF 34), no amendments to the pleadings may be made without leave of the Court.

6. *Plaintiff's Position*: Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than 14 days following the entry of this Case Management Plan and Scheduling Order.

   *Defendants' Position*: Discovery in this case is stayed pending resolution of Defendants' forthcoming motions to dismiss. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than 14 days after the Court issues a ruling denying those motions in whole or in part.

7. *Plaintiff's Proposal:* All fact discovery is to be completed no later than February 26, 2027. [*A period not to exceed 120 days unless the case presents unique complexities or other exceptional circumstances*.]

*Defendants' Proposal:* All discovery in this case is stayed pending resolution of Defendants' forthcoming motions to dismiss. All fact discovery is to be completed no later than 120 days from entry of an order denying those motions in whole or in part.

8. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

*Plaintiff's proposal:*

a. Initial requests for production of documents shall be served by December 3, 2026.

b. Interrogatories shall be served by January 15, 2027.

c. Depositions shall be completed by February 26, 2027.

d. Requests to Admit shall be served no later than January 27, 2027.

*Defendants' proposal:* All discovery in this case is stayed pending resolution of Defendants' forthcoming motions to dismiss. Interim deadlines for discovery will be entered following a case management conference held after the entry of an order denying Defendants' motion in whole or in part.

9. *Plaintiff's proposal:* All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by June 28, 2027. [*The parties shall be prepared to describe their contemplated expert discovery and the bases for their proposed deadlines at the initial conference*.]

*Defendants' proposal:* All discovery in this case is stayed pending resolution of Defendants' forthcoming motions to dismiss. Expert discovery, if any, will be addressed by the court at a case management conference held after the entry of an order denying Defendants' motions in whole or in part.

10. *Plaintiff's proposal:* All discovery shall be completed no later than June 28, 2027.

*Defendants' proposal:* All discovery in this case is stayed pending resolution of Defendants' forthcoming motions to dismiss. Deadlines for discovery will be addressed by the court at a case management conference held after the entry of an order denying Defendants' motions in whole or in part.

11. The Court will conduct a post-discovery conference on __________________________ at _____________. [*To be completed by the Court.*] Unless the parties request otherwise, the Court will hold this conference by telephone. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (855) 244-8681; Meeting ID: 2305 542 4735. This conference line is open to the public. No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the

status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

a. _____ Referral to a Magistrate Judge for settlement discussions.

b. _____ Referral to the Southern District's Mediation Program. [*Note that all employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201* et seq.*, are designated for automatic referral to the Court's Alternative Dispute Resolution program of mediation. Accordingly, counsel in such cases should select 13(b).*]

c. ____ Retention of a private mediator.

Plaintiff proposes retention of a private mediator. Defendants do not believe mediation—whether private or overseen by the courts—is likely to be productive prior to the Court's resolution of their forthcoming motions to dismiss.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

14. The parties have conferred and Plaintiff's estimate of the length of trial is 3-5 days; Defendants' estimate is 1-3 days.

SO ORDERED.

Dated: ____________________
New York, New York

______________________________
Hon. Ronnie Abrams
United States District Judge