UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OONA O. SPERR,

Plaintiff,

v.

SID R. BASS and ALTHEA IRENE VIAFORA BASS,

Defendants.

26-CV-7440 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at yesterday's conference, Defendants shall file their motion to stay discovery by December 1, 2026, Plaintiff shall file her opposition by December 8, 2026, and Defendants shall file any reply by December 11, 2026.

SO ORDERED.

Dated: November 6, 2026
New York, New York

Ronnie Abrams
United States District Judge