**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OONA O. SPERR,<br><br>*Plaintiff,*<br><br>v.<br><br>SID R. BASS and ALTHEA IRENE VIAFORA BASS,<br><br>*Defendants.* | Case No. 26 Civ. 7440 (RA) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Philip W. Young, a member of this Court in good standing, respectfully requests that the Clerk of the Court enter his appearance on behalf of Plaintiff Oona O. Sperr in the above-captioned action.

Dated: November 19, 2026
New York, New York

Respectfully submitted,

*/s/ Philip W. Young*

Philip W. Young
KAPLAN MARTIN LLP
1133 Avenue of the Americas
New York, New York 10036
Tel.: (212) 316-9500
pyoung@kaplanmartin.com

*Counsel for Plaintiff Oona O. Sperr*