Application granted.

SO ORDERED.

Hon. Ronnie Abrams
November 20, 2026

November 19, 2026

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2203
New York, New York 10007

Re: *Oona O. Sperr v. Sid R. Bass & Althea Irene Viafora Bass*
No. 1:26-cv-07440-RA: Request for Clarification of Briefing Schedule

Dear Judge Abrams:

On behalf of the parties in the above-captioned action, we write to respectfully request that the Court enter an order confirming the stipulated briefing schedule for Defendants' forthcoming Motions to Dismiss the Amended Complaint.

The parties submitted a stipulated schedule for Plaintiff's Amended Complaint and Defendants' anticipated Motions to Dismiss on October 29, 2026. ECF No. 35 at 3. Pursuant to that schedule, Defendants' Motions to Dismiss would be due November 20, 2026, Plaintiff's Oppositions would be due on December 11, 2026, and Defendants' Replies would be due December 21, 2026.

On November 5, 2026, the Court held an initial status conference at which the parties discussed the proposed stipulated briefing schedules as well as Defendants' contemplated motions to stay discovery. The order subsequently entered by the Court addressed only the schedule for the anticipated briefing on the stay. ECF No. 38. We therefore write to clarify the briefing schedule for Defendants' Motions to Dismiss and respectfully request entry of the parties' agreed-upon schedule, as described above. We appreciate Your Honor's consideration of this request.

Respectfully submitted,

*/s/ Jamie L. Wine*
Jamie L. Wine
of Latham & Watkins LLP
*Counsel for Defendant Sid R. Bass*

*/s/ Roberta A. Kaplan*
Roberta A. Kaplan*
Kaplan Martin LLP
*Counsel for Plaintiff Oona O. Sperr*

*/s/ Avi Weitzman*
Avi Weitzman*
Paul Hastings LLP
*Counsel for Defendant Althea Irene Viafora Bass*

cc: All Counsel of Record (via ECF)

*Counsel for Mr. Bass uses this electronic signature with consent in accordance with Rule 8.5(b) of the Court's ECF Rules and Instructions.